UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **THOMAS SPINNIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) **CIVIL ACTION NO.:** |
| | ) **1:11-CV-00160-SPM-GRJ** |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) |
| | ) |
| **Defendant** | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, THOMAS SPINNIE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd.,
Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax:    (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2012, Defendant was served a copy of this notice by email to Defendant's counsel.

**Jeff Wood**
Associate General Counsel
Commercial Recovery Systems, Inc.
o: (214) 321-7824
c: (214) 914-8374
f:  (214) 319-9673
e: jwood@crsresults.com

/s/ Shireen Hormozdi
Shireen Hormozdi