IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS SPINNIE,

    Plaintiff,

vs.                                                                              1:11-CV-160-SPM/GRJ

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal (doc. 9) and Federal Rule of Civil Procedure 41(a)(1)(A). Accordingly, the clerk shall close this case.

DONE AND ORDERED this 6th day of March, 2012.

                                              *S/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge